# M W N

## MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.        ALAN WEINREB, ESQ.        CYNTHIA A. NIERER, ESQ.

January 20, 2026

Via ECF
The Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Allison Lending LLC v. Life Line Real Estate Solutions LLC, et al., 25-cv-5799 (FB)(PK)

Dear Magistrate Judge Kuo:

Plaintiff Allison Lending LLC respectfully requests that the Initial Conference currently scheduled for January 28, 2026, and the parties' January 22, 2026 deadline to file a proposed discovery plan be adjourned *sine die*.

As reflected on the docket, all Defendants were served and have failed to appear or otherwise respond. The Clerk of Court entered default against all Defendants on December 23, 2025 (ECF No. 12), and Plaintiff filed its Motion for Default Judgment of Foreclosure and Sale on January 8, 2026 (ECF No. 13).

In light of the pending motion and the Defendants' default, Plaintiff respectfully submits that an Initial Conference and proposed discovery schedule are not necessary at this time. Should circumstances change, Plaintiff will promptly notify the Court.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Alan H. Weinreb
Alan H. Weinreb, Esq.
Counsel for Plaintiff

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 UNDERHILL BLVD., SUITE 224    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM