UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALLISON LENDING LLC,
Plaintiff,

-against-

LIFE LINE REAL ESTATE SOLUTIONS, LLC, AMIANTA N. PRIDGEON, and NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,
Defendants.

**MEMORANDUM AND ORDER**
Case No. 25-CV-5799 (FB) (PK)

*Appearances:*
*For the Plaintiff:*
ALYSSA L. KAPNER
ALAN H WEINREB
Margolin, Weinreb & Nierer, LLP
575 Underhill Boulevard, Suite 224
Syosset, NY 11791

**BLOCK, Senior District Judge:**

Magistrate Judge Peggy Kuo issued a report and recommendation ("R&R") recommending the Court grant the motion for default judgment against Defendants and that a referee be appointed to conduct the sale of the Subject Property. *See* R&R at 12. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file objections within the specified time waives the right to appeal any order or judgment entered based on this Report and Recommendation." *Id.* It was served by regular mail on September 8, 2026, making objections due on September 22, 2026. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. The Court directs the Clerk to enter judgement for Plaintiff as described in the R&R, including the requested damages and the appointment of Mark L. McKnew, Esq., as referee to effectuate the sale of the Subject Property and to disperse the funds from the sale.

**SO ORDERED.**

_/S/ Frederic Block___________
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 23, 2026